IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DOUGLAS EUGENE MILES | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv366 |
| JEFFERSON CO. PROBATION DEPT. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Douglas Eugene Miles, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Zack Hawthorn. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for default judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 19] is ADOPTED as the opinion of the Court. The motion for default judgment [Dkt. 10] is DENIED.

**SIGNED this 24th day of February, 2026.**

_____
Michael J. Truncale
United States District Judge